IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

        Plaintiff,                           No. CIV S-11-0094 WBS EFB P

    vs.

GUZMAN, et al.,

        Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On August 9, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed August 9, 2011, are adopted in full;

2. Plaintiff's January 10, 2011 motion to proceed in forma pauperis (Docket No. 2) is denied;

3. Plaintiff is granted thirty days to pay the statutory filing fee of $350.00; and

4. Plaintiff is admonished that failure to do so will result in dismissal of this action.

DATED:  December 9, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2