IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE WILLIAMS,

        Plaintiff,                      No. CIV S-11-0094 WBS EFB P

    vs.

GUZMAN, et al.,

        Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On December 12, 2011, the assigned district judge adopted the undersigned's August 9, 2011 findings and recommendations. In that order plaintiff's application to proceed *in forma pauperis* was denied, plaintiff was granted thirty days to pay the requisite filing fee and was admonished that failure to do so would result in a recommendation that this action be dismissed. The 30-day period set in the December 12, 2011 order has expired and plaintiff has not paid the required filing fee or otherwise responded to the order.

        Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

1  after being served with these findings and recommendations, any party may file written
2  objections with the court and serve a copy on all parties.  Such a document should be captioned
3  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
4  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
5  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
6  Dated: February 29, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE